UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : |
| v. | : 06-CV-3282 <br> : |
| RICARDO CAVALLERO, ELENA H. DE CAVALLERO, JUAN CARLOS PERALTA, SEBASTIAN KOHAN MILLER, AND AND SILVINA GARCIA TOBAR DE MILLER, | : Judge Manning <br> : Magistrate Judge Nolan <br> : <br> : <br> : |
| Defendants. | : <br> : |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AND ORDER AS TO DEFENDANTS JUAN CARLOS PERALTA, RICARDO CAVALLERO AND ELENA H. DE CAVALLERO

Plaintiff United States Securities & Exchange Commission ("SEC") and Defendants Juan Carlos Peralta, Ricardo Cavallero, and Elena H. De Cavallero (the "Cavallero Defendants"), submit this Agreed Motion for Entry of Final Judgment and Order. In support, the SEC and the Cavallero Defendants jointly state as follows:

1. The SEC and the Cavallero Defendants have reached a proposed resolution in this case. The Cavallero defendants consent to the entry of the attached Final Judgment and Order As to Defendants Juan Carlos Peralta, Ricardo Cavallero and Elena H. De Cavallero ("Final Judgment and Order") (*See* Exhibit A).

2. The Final Judgment and Order, among other things, imposes against Defendant Peralta a permanent injunction against future violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder, orders disgorgement of

$687,541.81, prejudgment interest of $23,101.41 and a civil penalty of $368,698.78. Defendant Peralta's Consent to the entry of the Final Judgment and Order is attached. (*See* Exhibit B).

3. The Final Judgment and Order also dismisses with prejudice the SEC's claims against Defendants Ricardo Cavallero and Elena H. De Cavallero.[1]

WHEREFORE, the SEC and Defendants Juan Carlos Peralta, Ricardo Cavallero and Elena H. De Cavallero respectfully request that the Court enter the attached Final Judgment and Order.

Dated: March 22, 2007

Respectfully submitted,

/s/ Sunil R. Harjani
_____
Steven J. Levine
Sunil R. Harjani
Attorneys for Plaintiff United States
Securities and Exchange
Commission
175 W. Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390

/s/ Chad Pimentel
_____
Paul J. Fishman
Chad Pimentel, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46th Floor
New York, NY 10019
Attorney for Defendants Ricardo Cavallero,
Elena H. De Cavallero, and
Juan Carlos Peralta

---

[1] Under separate cover, the SEC has filed a Notice of Voluntary Dismissal of Defendants Sebastian Kohan Miller and Silvina Tobar De Miller pursuant to Fed. R. Civ. P. 41(a)(1). As a result, the Court's entry of the attached Final Judgment and Order will conclude this litigation.

# CERTIFICATE OF SERVICE

        The undersigned, an attorney, hereby certifies that a copy of **Agreed Motion for Entry of Final Judgment and Order As To Defendants Juan Carlos Peralta, Ricardo Cavallero and Elena H. De Cavallero** was filed on March 22, 2007. Notice of this filing, together with a copy of the above-mentioned document, was sent by electronic mail to:

Chad Pimentel, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46th Floor
New York, NY 10019
Attorney for Defendants Ricardo Cavallero, Elena H. De Cavallero, and
Juan Carlos Peralta

Benjamin Ogletree, Esq.
Proskauer Rose
1001 Pennsylvania Avenue
Suite 400 South
Washington D.C. 20004-2533
Attorney for Sebastian Kohan Miller and Silvina Tobar De Miller

                                        /s/ Sunil R. Harjani

                                        Sunil R. Harjani

Dated: March 22, 2007